William E. Ireland (Bar No. 115600)
 wireland@hbblaw.com
Tristan C. Orozco (Bar No. 314557)
 torozco@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendant,
NFI GLOBAL, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PONTE VEDRA GIFTS AND ACCESSORIES COMPANY, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NFI GLOBAL, LLC, a New Jersey limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE TO FEDERAL COURT OF REMOVAL**<br><br>*(Filed concurrently with Declaration of William E. Ireland in support.)* |

TO THE HONORABLE COURT, PLAINTIFF, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT pursuant to 28 USC §§1332, 1441, & 1446, Defendant NFI GLOBAL, LLC. ("Defendant") hereby gives notice of the removal of the action *Ponte Vedra Gifts and Accessories Company, LLC v. NFI Global, LLC.*, Case No. 20STCV05364, which is currently pending in the Superior Court of the State of California, Los Angeles County, to this United States District Court for the Central District of California, on the basis of diversity jurisdiction.

In support of the Removal, Defendant states as follows:

1. On or about February 10, 2020, Plaintiff PONTE VEDRA GIFTS AND ACCESSORIES COMPANY, LLC ("Plaintiff") filed a Complaint in the Superior Court of the State of California, Los Angeles County, under Case No. 20STCV05364 (the "State Court Action"). A true and correct copy of the Complaint filed in the State Court Action is attached as Exhibit "1."

2. Defendant NFI GLOBAL, LLC ("Defendant") first received notice of the Complaint when Defendant was served with it on or about February 12, 2020.

3. Pursuant to 28 U.S.C. §1332(a), this Court has original jurisdiction over the Complaint. Section 1441(a) provides, in relevant part, that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. §1332(a).

4. Pursuant to 28 U.S.C. §1332(c)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principle place of business . . .." 28 U.S.C. §1332(c)(1).

5. Pursuant to 28 U.S.C. §1441(b)(1), "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. §1441(b)(1).

6. Upon information and belief, including the averments in the Complaint, Plaintiff is a Florida limited liability company duly organized and existing under the laws of Florida, with its principle place of business located in Florida. *See* Complaint, ¶ 1; Declaration of William E. Ireland, ¶¶ 2 - 4; Exhs. 1 & 2.

7. Defendant NFI Global, LLC is an LLC whose sole member is NFI, L.P. NFI, L.P. is a limited partnership organized under the laws of the State of Delaware. There are four partners of NFI, L.P., none of whom are citizens of California. Declaration of Jacob C. Lehman, ¶¶ 2 - 5.

8. Therefore, because complete diversity exists, diversity jurisdiction exists in this action.

9. This is a case of a wholly civil nature brought in California State Court. Pursuant to 28 U.S.C. §1441(a), this civil action may be removed by Defendants to this Court. Plaintiff filed the State Court Action in the Superior Court of California, Los Angeles County, therefore, the United States District Court for the Central District of California, Western Division, is the appropriate venue for removal of the State Court Action as it is the "district and division embracing the place where such action is pending." See 28 U.S.C. §§1441(a), 1391(a).

10. Based on the foregoing, this Court has original jurisdiction over the Complaint, and removal to this Court from the Superior Court of California, Los Angeles County, is proper pursuant to 28 U.S.C. §§ 1331 & 1441, respectively.

11. Pursuant to 28 U.S.C. §1446(b)(2), this Notice of Removal is timely filed within thirty days after receiving a paper from which it can be ascertained that the case is removal.

12. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely filed within thirty days after receiving a paper from which it can be ascertained that the case is removable.

13. Pursuant to 28 U.S.C. §1446(d), Defendant will promptly provide written notice of removal of this action to Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, Los Angeles.

WHEREFORE, Defendant NFI GLOBAL, LLC respectfully requests that this Honorable Court assume jurisdiction over this action in accordance with 28 U.S.C. §§ 1332, 1441, & 1446.

| | | |
|---|---|---|
| 1 | Dated: March 6, 2020 | HAIGHT BROWN & BONESTEEL LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ William Ireland |
| 5 | | William E. Ireland |
| 6 | | Tristan C. Orozco |
| | | Attorneys for Defendant |
| 7 | | NFI GLOBAL, LLC. |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

*Ponte Vedra Gifs and Accessories Company, LLC v. NFI Global, LLC, et al.*
Case No. 20STCV05364

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

    On March 6, 2020, I served true copies of the following document(s) described as **NOTICE TO FEDERAL COURT OF REMOVAL** on the interested parties in this action as follows:

    Aaron J. Malo
    Jacqueline A. Gottlieb
    SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
    650 Town Center Drive, Tenth Floor
    Costa Mesa, California 92626-1993

    Attorneys for Plaintiff
    Telephone: 714.513.5100
    Facsimile: 714.513.5130
    Email:
        amaloasheppardmullin.com
        jgottlieh@sheppardmullin.com

    **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Haight Brown & Bonesteel LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on March 6, 2020, at Los Angeles, California.

                                      /s/ Julie C. Mentesana
                                      Julie C. Mentesana